AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jackson Kostolsky

*Defendant*

)
)
) Case: 1:21-mj-00257
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/23/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jackson Kostolsky,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/23/2021

2021.02.23
18:45:26 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/24/21, and the person was arrested on *(date)* 2/26/21
at *(city and state)* Allentown Pennsylvania

Date: 2/26/21

*Arresting officer's signature*

FRANK NERO, Special Agent FBI
*Printed name and title*