November 27, 2021

Honorable Dabney L. Friedrich
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Friedrich,

    My name is Robin Young Kostolsky. I am the mother of the defendant Jackson Kostolsky. He is my only child and at the present time, he resides at my home. This is probably the most difficult letter I have ever had to write. As a mother, one tends to reflect on what you did or did not do for your child that he has ended up in this situation.  In Jackson's case, there was never a lack of love or attention. He was a very wanted child by both my husband and myself. We both enjoyed and often indulged him. Even though our marriage didn't last, we both remained closely connected to Jack. As far as divorces go, ours was fairly amicable.  Jackson was always a good student and athlete and he had a nice circle of friends.

    There were some trying times in high school, but no more than the average parent goes through. He was never in any serious trouble. After he graduated, we strongly encouraged college or trade school. He took some classes at Lehigh County Community College, but he didn't complete them. We offered to help with costs, but he chose not to further his education. This was always sad for us because Jackson is very intelligent and I feel that he is capable of so much more. He just never found anything that inspired him that he wanted to pursue. Consequently, he has never made enough income to live on his own. Jack lived with me till he was about 21, then he went to live at his father's. There was some sort of conflict with his half-brother, who also resides with his father, and Jackson moved back to my house about 3 years ago.

    Somewhere along the way while in his 20's and living at his father's, Jackson became inspired by the far-right media. [Just for the record, his dad and I are both registered Democrats]. He was very influenced by Rush Limbaugh and, sadly, Alex Jones and his conspiracy theories. It seemed to fuel his anger issues. He believes everything Alex Jones has to say. Jack is what I believe to be a victim of the media. We differ alot in our political views, but we do have intelligent discussions and debates. That leads us to where we are now.

    I know in my heart that my son is not an insurrectionist. Had he not had some "friends" that were going there on January 6th, he would not have even made an effort to go there on his own. Jack doesn't have much of a social life and this was an opportunity to see Washington, be part of something supporting President Trump and get out of Allentown for a day. I didn't want him to go as I sensed there would be trouble ensuing and I made my feelings known.

    Jackson is basically a good person and he knows right from wrong. He loves animals and has been employed as a dog walker/pet sitter for several years. In lieu of jail, I would like to see

him have to do something beneficial like community service to interact more with people and see others who are less fortunate and have greater problems than his own. I also think that mandatory counseling would help him to get a better perspective on his own life's direction and to consider furthering his education. Whereas he loves his job, it isn't enough to support himself. He has expressed an interest in learning to train dogs. If he was working a regular full-time job, I know he would feel better about himself and not gravitate towards negative politics and conspiracy theorists. Jackson has so much undirected potential that if applied could make his life and our world a better place. I love my son very much and I have been as supportive as I can be through this difficult year. I am certain that after all he has experianced this past year, he would never repeat such an offense.

Sincerely,

/s/

Robin Young Kostolsky

Honorable Dabney L. Friedrich,
United States District Judge
333 Constitution Avenue, N. W.
Washington, D. C. 20001

Dear Judge Friedrich:

   I am writing this letter in reference to my son Jackson Kostolsky, who has entered a guilty plea to a misdemeanor charge of Parading, Demonstrating, or Picketing in a Capitol building.  Jackson has been a great son who is trustworthy and reliable.  He is a hard worker who has given full effort to his job as a dog walker for Wag.  He gets along well with his family and shares a close relationship with his grandmother. He is very sorry for the impact his recent actions have had on his family and has apologized to us for it. I believe the seriousness of his actions have left a lasting impression of how his lapse in judgment can have disastrous consequences

   I believe Jackson is aware that he must face the consequences and will learn a valuable lesson from it. While I am aware my son has made a serious mistake, I truly feel this incident and the ramifications will ultimately result in a positive change and my son's future behavior will reflect that.

                                                        Sincerely yours,
                                                               /s/

Thomas Kostolsky
207 S. Carlisle St.
Allentown, Pa. 18109

Honorable Dabney L. Friedrich
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 24, 2021

Dear Judge Friedrich,

I have known Jackson Kostolsky since he was six years old. My son and Jackson have been friends since they were both in first grade. My son has Asperger's Syndrome and Jackson has always looked out for him. My son has always been able to count on Jackson's friendship.

Jackson has always been kind and respectful to my husband and to my 90-year-old mother and 95 year old father-in-law, who both live with us. His profession is dog walking and animals just love him. He has often offered to help me out with my 100-pound black Labrador on the spur of the moment, as I have been recuperating from lung cancer surgery, and always goes above and beyond his duties. Often times the people he watches dogs for feel comfortable leaving for vacation and having Jackson watch their homes and pets while they are away.

Your Honor, I hope that you will be merciful on this young man who made a terrible mistake. I can assure you that he would never do anything like this again and is very remorseful. He is not the only person who is suffering from his mistake. His mother, who has been a single mom for many years, is one of the best people I have ever met in my lifetime. She was a nurse at the hospital (at times a hospice nurse), and every year at Christmas time, when needy families would place their wishes for gifts for their families on stars on the Christmas tree. Jackson's mother would make sure that by Christmas Eve all of the stars' wishes that hadn't been fulfilled, were taken care of. Whether she had to search garage sales, Goodwill, whatever, she would take care of it. I only know this, because I happened to stop by and see the packages all over her floor. She takes care of everyone, her friends and family. Her mother, Jackson's 95-year-old grandmother is also a special person who has endured much suffering in her lifetime. She takes care of one adult son and another son died when he was a young man. Your Honor, I beg you to be merciful.

Thank you for your time and consideration.

Respectfully,

*Susan Kuntz*

Susan Kuntz, BM, Eastman School of Music, Board Member of PMTA, LVMTA and Allentown Music Club
5519 Kurt Drive
Allentown, PA 18104
484-695-0125

Honorable Dabney L. Friedrich

United States District Judge

333 Constitution Ave

Washington, D.C. 20001

December 6, 2021

Dear Judge Friedrich,

I am writing on behalf of Mr. Jackson Kostolsky, who was involved in a trespassing/picketing/demonstrating incident at the U.S. Capitol Building on January 6. 2021.

I have known Jackson Kostolsky and his mother for 15-20 years. His mother was a nurse colleague of mine and is a very dear friend.

Jackson has always been a quiet and respectful young man. To the best of my knowledge, he has never been arrested, nor had any type of legal issues. He has a successful dog care service. His clients trust him to stay at their homes while dog sitting, where he performs dog care activities such as bathing, walking, feeding, and playing. In his spare time, he plays guitar and street hockey, and performs lawn care for his 95-year-old grandmother.

I truly believe that Jackson has learned a valuable lesson and would not repeat this offense again. In speaking with him he realizes that he made a poor decision and does not wish to repeat it.
I would like to thank you for reading this letter and wish you a safe and happy holiday season.

Sincerely,

*Lori Yesenofski*
Lori Yesenofski, MSN, RN, CTC, CCRN emeritus

Dear Judge Friedrich,

      I am writing to you regarding the character, behavior, and judgement of Mr. Kostolsky that I know to be true. The person that is Mr. Kostolsky is genuinely shown daily through not only his words but his actions. That person is a compassionate, good-hearted, caring-son, brother, friend, and member of the community who has a consistent history of dependability, loyalty, and generosity.

      I met Mr. Kostolsky approximately 7 years ago, shortly after meeting my current boyfriend. They were friends and previous co-workers, and he spoke highly of Mr. Kostolsky. I will never forget his boisterous, bright spirit that lit up the room and his sense of humor that immediately induced laughter upon our first meeting. From then on, he has been a very present figure in my life through their friendship, and I would consider him a friend as well.

      Whenever you need anything- from a safe ride home after a long night, help putting something together, moving, pet-sitting, weight-lifting partner, a great laugh, a deep conversation, or just a big smile and a great hug- he is there for you.

      Mr. Kostolsky is always there for his friends and family. He is also very health conscious- he eats healthy and goes to the gym to lifts weights almost every day. He is a professional wrestling fanatic, a music lover, an avid reader of non-fiction books, and the biggest dog lover around. Over the past couple years, he has gradually made a career for himself walking dogs and dog-sitting privately for pet owners all over the Lehigh Valley. The trust that families, couples, and single professionals have put in him to not only walk their dogs' multiple days per week but to stay at their homes alone unsupervised while they travel is incredible. It is a testament to the character, personality, and behavior that encompasses Mr. Kostolsky. From what he told me in conversations, his future plans include not only continuing this blossoming career he is so passionate about but branching out into dog-training and one day opening his own training center.

      I can say with full confidence that due to his lack of criminal history, his consistent and commendable actions, as well as his passion for his profession and future; I do not believe Mr. Kostolsky will make a mistake like this again.

Sincerely,

*Sigrid Hurdle*